```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cesar Quilodran,

                      Plaintiff,

-against-

764 Third Avenue Wine & Liquor Inc. et al.,

                      Defendants.

1:24-cv-09551 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is the parties' request to approve the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). (*See* 4/2/2025 Notice, ECF No. 32.) Having reviewed the parties' submission, it is hereby Ordered that, no later than Friday, April 11, 2025, the parties shall file a joint letter addressing the following:

1. Clarifying the total amount of expenses. The parties' state that the expenses are a filing fee of $405 and $65 fee for service (*see* Notice at 5), but that the receipts submitted in Ex. C appear to contain an additional service-related expense of $50. (Notice Ex. C, ECF No. 32-3.)

2. Clarifying the amounts due to Plaintiff and counsel. The parties assert that, of the $31,000 settlement amount, Plaintiff will receive $20,313.00, or two-thirds of the settlement after the deduction of expenses, and that Plaintiff's counsel will receive $10,687.00, or one-third of the remaining amount plus reimbursement of expenses. (*See* Notice at 3, 5.) However, even if the current statement of expenses is correct ($405 filing fee plus $65 service fee for a total of $470), these numbers do not appear to be correct. By the Court's calculation, Plaintiff would be entitled to two-thirds of

$30,530 ($31,000 minus $470) which amounts to approximately $20,353.33 and counsel would be entitled to approximately $10,176.66 plus $470 in expenses, which amounts to $10,646.66. In short, the amounts calculated by the parties appear to be off by approximately $40. Including an additional expense of $50 does not appear to account for this discrepancy.

3. Plaintiff's counsel shall provide the Court with copies of the relevant retainer agreements. (*See* Notice at 4.)

**SO ORDERED.**

Dated:      New York, New York
            April 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge