UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CESAR QUILODRAN,

                                  Plaintiff,

       - against -

764 3rd AVENUE WINE & LIQUOR INC.
d/b/a CORKLESS and JOVI QING WANG
individually,

                              Defendants.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:_____6/16/2025_____

Civil Case No.: 1:24-cv-09551 (SDA)

JUDGMENT

As Defendants failed to meet the terms of the settlement agreement, for the reasons set forth in the declaration of Jacob Aronauer (dkt 44) it is ORDERED, ADJUDGED AND DECREED: That Plaintiff CESAR QUILODRAN have judgment against Defendants 764 3rd Avenue Wine & Liquor Inc. d/b/a Corkless and Jovi Qing Wang, individually jointly and severally in the amount of $41,336.83.

Dated:  June__16__, 2025
       New York, New York

By: _____
     **Hon. Stewart D. Aaron, U.S.M.J.**